■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. TISSIERA, Appellant. [736 NYS2d 273] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Hayes, J.), rendered November 30, 2000, convicting him of robbery in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). S. Miller, J.P., O'Brien, McGinity, Schmidt and Townes, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WASHINGTON, Appellant. [736 NYS2d 267] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 29, 1998 (*People v Washington,* 251 AD2d 687), modifying a judgment of the Supreme Court, Kings County, rendered September 28, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, Acting P.J., Santucci, O'Brien and Krausman, JJ., concur.